[No. 29457-1-I.   Division One.   May 10, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX JOSEPH JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00038-1, Robert C. Bibb, J., entered October 24, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 31668-1-I.   Division One.   May 10, 1993.]

FRANCES JOHN MORELLI, *Appellant*, v. SHANNON HURLEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-27968-3, Liem E. Tuai, J., entered October 22, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29066-5-I.   Division One.   May 10, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS EUGENE STAUDINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07738-8, Nancy A. Holman, J., entered August 19, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30568-9-I.   Division One.   May 10, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY Y. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-01537-2, James A. Noe, J., entered April 24, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.